UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | NO. 15-CR-10338-RGS |
| JOSE VASQUEZ, et al | ) | |

**DEFENDANT'S MOTION TO JOIN DEFENDANT EDWIN GONZALEZ' MOTION IN OPPOSITION TO PROTECTIVE ORDER**

Now Comes, defendant, Jose Vasquez, who seeks leave to join the above referenced motion as if he had filed it. Defendant will abide by the government's request for a protective order until this motion is resolved, but stresses that the burden placed on CJA counsel is onerous when clients do not have independent copies of the discovery.

Submitted By
Jose Vasquez' attorney,

/s/ James Budreau
James Budreau, Bar #559931
20 Park Plaza, Suite 1005
Boston, MA 02116
617-366-2200

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 8th day of February 2016 and paper copies will be sent to those indicated as non-registered participants: None

/s/ James Budreau

1