## AFFIDAVIT OF SPECIAL AGENT JEFFREY E. WOOD, Jr.

I, JEFFREY E. WOOD, JR., being duly sworn, depose and state
as follows:

### I. INTRODUCTION

1.    I am a Special Agent of the Federal Bureau of
Investigation ("FBI").  I have been employed by the FBI for
approximately sixteen years.  I am currently assigned to the
FBI's North Shore Safe Streets Gang Task Force (the "FBI Task
Force"), which is comprised of FBI special agents, troopers from
the Massachusetts State Police, officers from the Chelsea,
Lawrence, and Lynn Police Departments, Essex County Deputy
Sheriffs, and other local law enforcement officials.  From 2004
through 2007 and from June 2009 through the present, I have been
the coordinator of the FBI Task Force.  The mission of the FBI
Task Force is to identify, investigate, disrupt, and dismantle
violent street gangs operating in cities north of Boston.

2.    I am submitting this affidavit in support of the
government's motion that each of the individuals named in United
States v. Oscar Noe Recines-Garcia, et al., Cr. No. 15-10338-FDS
(hereinafter, the "Targets") be detained pending trial.  For
over two years, the FBI Task Force, working with agents and
enforcement officers from Homeland Security Investigations
("HSI"), has conducted an investigation into the criminal
activities of the transnational criminal organization known as

Mara Salvatrucha, commonly known by the abbreviation "MS-13."
The FBI Task Force has identified each of the Targets as a
leader, member, or significant criminal associate of MS-13.

## II. EVOLUTION FROM STREET GANG
## TO TRANSNATIONAL CRIMINAL ORGANIZATION

3.   In 2012, MS-13 became the first, and remains the only,
street gang to be designated by the United States government as
a "transnational criminal organization."  This transnational
criminal organization originated in the streets of Los Angeles,
CA, in the 1980s with refugees fleeing a twelve-year civil war
in El Salvador.  The 1990s transformed the gang from a street
gang to a structured transnational criminal organization.  Mara
Salvatrucha was incorporated into the Sureño gang structure, in
which Sureño gang members conduct crimes and pay dues to the
powerful La eMe prison gang, also known as the Mexican Mafia, in
exchange for protection in prison.  As a sign of its allegiance
to La eMe, Mara Salvatrucha adopted the Sureño color of blue,
added the number 13 -- symbolic of M, or eme in Spanish, being
the thirteenth letter of the alphabet.[1]

---

[1] The name "Mara Salvatrucha" is a combination of several
slang terms.  In its most common usage, the word "Mara" is the
term used in El Salvador for "gang"; the phrase "Salvatrucha" is
a combination of the words "Salva," which is an abbreviation for
"Salvadoran," and "trucha," which is a slang term for "fear us,"
"look out," or "heads up."

4.    MS-13 embraced the principle that gang membership is for life.  The criminal organization replaced the family and any transgressions against the organization, real or perceived, became punishable by death.  This discipline is an essential method by which the organization controls its members and achieves its objective -- to gain as much influence and generate as much money as possible.  Since its inception on the streets of Los Angeles, MS-13 has evolved into one of the world's most organized, structured, and violent criminal organizations, engaging in myriad localized and transnational crimes, including drug trafficking, human smuggling, robbery, extortion, assault, and murder.

5.    The federal courts have recognized that MS-13's primary functioning principles center on violence, including murder, and a strict military structure of communication and command, headquartered in El Salvador and spread throughout various "programs" and "cliques" in the United States.  For example, the Fourth Circuit Court of Appeals recently observed:

> La Mara Salvatrucha, otherwise known as MS-13, is one of the largest and most violent street gangs in the United States.  The gang originated in Los Angeles, California in the 1980s.  Since then, it has spread across the country and into foreign countries such as El Salvador, Honduras, and Mexico.  Today, it has a large presence in the eastern United States including parts of Maryland and Virginia.

Violence defines MS-13's mission.  The gang initiates its members through violence:  existing members beat up the new members for a period of thirteen seconds.  This ritual is meant to signify the beginning of a new, more brutal lifestyle.  Once initiated, MS-13 members commit violent acts to defend the gang's territory against its rivals and to spread fear so that citizens do not report the gang's activities to the police.  In fact, gang members are required to attack and, if possible, kill rival gang members whenever they see them.  MS-13 members gain status within the gang through their willingness and ability to commit such violent acts.

The gang maintains internal discipline through the use of violence as well.  Members who do not follow the rules are routinely beaten, and those who cooperate with the police face penalty of death.  The violent nature of MS-13 is captured by one of its mottos:  "mata, viola, controla" which means "kill, rape, control."

MS-13 is organized into local cliques.  Each clique has two leaders: a "first word" and a "second word." The first word is responsible for running the clique's meetings, and the second word does so in his absence. At clique meetings, MS-13 members report on their violent activities which often include murders and robberies.  The gang also discusses ongoing police investigations and devises ways to prevent others from cooperating with the police.  In addition, members pay dues at meetings, which the clique uses to buy weapons, make loans to members, and support members who are in jail.

Leaders of the various cliques frequently communicate and coordinate with one another to achieve the gang's objectives.  They provide each other with material support, often in the form of guns or places to hide from the police.

United States v. Ayala, 601 F.3d 256, 260 (4th Cir. 2010).

6.   MS-13 in the United States is run by its incarcerated

leadership in El Salvador and everything stems from that

military structure.  Loyalty is to the criminal organization first and foremost, and all orders from leadership must be executed without question at the risk of punishment up to and including death.  MS-13's mission is defined by violence.  To become a homeboy, a prospective member must kill at least one rival gang member.  Homeboys, particularly new homeboys, however, must continue to "put in work" – i.e., kill rival gang members and those that disrespect MS-13.  Many of MS-13's historical assaults and homicides, including those in this investigation, have involved the use of machetes and/or knives. Originally an agricultural tool used to cultivate the land in El Salvador, MS-13 members repurposed the machete into a weapon used to mutilate their victims and send a message to their enemies.  MS-13 has since become notorious for using machetes and similar weapons.

7.    Two MS-13 rules are held above all else.  First, MS-13 members are required to investigate and kill all informants, and at times their families.  MS-13 members are therefore constantly watching each other for signs of disloyalty.  Second, MS-13 members are required to attack and if possible kill all rival gang members, particularly members of 18 Street.  Members gain status within the organization by accomplishing either of these goals.  The clique, by extension, gains prominence within MS-13

when one of its members kills a rival gang member or informant. See, e.g., *infra*, the January 8, 2016, Jump In of JOEL MARTINEZ, A/K/A "ANIMAL."

8.    Today, MS-13 is a national and international criminal organization with over 6,000 members in the United States with a presence in at least forty-six states and the District of Columbia, as well as over 30,000 members internationally, mostly in Mexico, Honduras, Guatemala, and El Salvador.  Gang members actively recruit members, frequently juveniles inside high schools, from communities like Chelsea, East Boston, and Everett, MA, with a large number of immigrants from El Salvador, Guatemala and Honduras.

### III. STRUCTURE

9.    MS-13 in Massachusetts, as in other states, is run by the incarcerated leadership of MS-13 in El Salvador, known as "La Ranfla."  La Ranfla establishes the policies and procedures that govern the criminal organization.  They send orders to members of MS-13 in the United States, including "green light" orders to kill suspected informants or those disloyal to MS-13.

10.    Within the United States, MS-13 is organized in the form of "cliques" -- that is, smaller groups acting under the larger mantle of MS-13 and operating in a specific region, city, or part of a city.  The leaders of MS-13 cliques in

6

Massachusetts and elsewhere are called the "palabras" -- i.e., the "words" or "voices" -- or the "runners." The leader of a clique is often referred to as the "first word," "first voice," or "runner," and the second in command is called the "second word" or "second voice."

11.   To coordinate hundreds of cliques made up of tens of thousands of MS-13 members located in numerous disparate locations, La Ranfla separates the criminal organization into "programs." MS-13 generally organizes its programs either by name -- for example, major cliques, such as the Hollywood clique -- or by geography, such as the L.A. Program and the East Coast Program. MS-13's use of this organizational technique originated in El Salvador in approximately 2007 and was later implemented in the United States in approximately 2011.

12.   Grouping the various cliques into these programs creates a hierarchy that expedites the process of getting orders from leadership in El Salvador to the street and remitting money from the street back to leadership. The creation and composition of the programs, however, is fluid. Cliques frequently switch programs or choose to remain autonomous, typically as clique leaders change and gang leaders in El Salvador vie for power and control over U.S. cliques and their money. MS-13 cliques work both independently and cooperatively

to engage in criminal activity and assist one another in avoiding detection by law enforcement.  The cliques operate under the umbrella rules of MS-13 leadership in El Salvador.

13.  All of the cliques under the various MS-13 programs hold meetings to collect dues from individual MS-13 members, and to discuss, plan, and report on, among other things, organizational issues; membership issues; illegal activity on behalf of MS-13; acts of violence committed by MS-13 members against rival gang members and others with the goal of achieving control of territory; law enforcement activity against MS-13 members; and those suspected of cooperating with law enforcement.  A portion of the dues collected by the clique are used by the clique to buy "clique guns" (guns owned by the clique and available to any homeboy), assist members who are on the run or hiding from law enforcement, and to assist incarcerated members.  A portion of the dues from each clique are also provided, usually via wire transfer, to the incarcerated MS-13 leaders in El Salvador, or la Ranfla.  La Ranfla uses the money to buy weapons and other supplies to facilitate criminal activity, and things like shoes, food, and legal services for incarcerated gang members.  La Ranfla also uses the money to obtain contraband cell phones, which they use

to call MS-13 leaders in the United States and order them to generate more money, or kill rivals or informants.

14.  Most of the cliques in Massachusetts fall under the East Coast Program, which also has cliques in Florida, Maryland, New York, New Jersey, North Carolina, and Virginia, and which also has a presence in California, Texas and Ohio.  If a clique does not fall under a particular program, that clique nevertheless falls under the umbrella of MS-13 and holds meetings in which dues are collected and transferred to MS-13 members in El Salvador.  Refusal to join a program, however, is a sign of disloyalty and can have severe consequences.

15.  For example, during the course of this investigation, HERZZON SANDOVAL, A/K/A "CASPER," the leader of the Eastside Loco Salvatrucha ("ESLS"), refused to join the East Coast Program ("ECP").  The FBI Task Force received information that the leadership of the ECP in El Salvador had green lighted SANDOVAL and was going to send a hitman to Boston to kill him. In the summer of 2015, the FBI Task Force warned SANDOVAL that "the word on the street" was that MS-13 leadership was planning on having him killed.  On December 13, 2015, the ECP held a leadership meeting in Richmond, VA, at the home of JOSE ADAN MARTINEZ CASTRO, A/K/A "CHUCKY," the leader of the ECP in the United States (the "December 13 ECP Meeting").  During this

meeting, MARTINEZ CASTRO discussed SANDOVAL with a member of ESLS and said: "And why don't you kill him? . . . Why don't you all get together, the ones who are willing to meet this challenge because that guy is making your clique look bad." MARTINEZ also said that the paperwork had already been given to El Salvador and that the green light should come soon.

16.  During the December 13 ECP Meeting, MARTINEZ CASTRO advised that he was speaking for the leadership in El Salvador and explained how the discipline system would work.  He said that if a guy was breaking the rules, and the "runner" (clique leader) did not correct him, then both of them would be disciplined, once by the clique and once by the program.

17.  Members of the cliques are required to make regular "dues" payments at these clique meetings, which money the clique uses for a variety of purposes, including sending to El Salvador for MS-13 clique members who were deported and/or imprisoned in El Salvador, to purchase "clique firearms" (i.e., firearms held by a clique member to be used on request by any clique member), and to send to clique members imprisoned in the United States.

18.  The three largest MS-13 cliques in Massachusetts are the East Boston Loco Salvatrucha ("EBLS"); the Eastside Loco Salvatrucha ("ESLS" or "Eastside"); and the Everett Loco Salvatrucha ("ELS").  Additional MS-13 cliques in Massachusetts

10

include the Trece Loco Salvatrucha ("TLS"), which operates

mostly in Somerville; the Hollywood Loco Salvatrucha ("HLS"),

which operates mostly in North Shore cities, such as Revere; the

Syko Loco Salvatrucha ("SLS"), which operates mostly in Lynn;

and the Chelsea Loco Salvatrucha ("CLS").

19.  The following list of leaders, members, and

significant associates of these Massachusetts' cliques have been

identified and charged federally in connection with Operation

Mean Streets.

EVERETT LOCO SALVATRUCHA (ELS)

Noe Perez-Vasquez, a/k/a "Crazy" (leader)
Rutilio Portillo, a/k/a "Pantera" (leader)
German Hernandez-Escobar, a/k/a "Terible" (leader)
Jose Andrade, a/k/a "Triste" a/k/a "Innocente"
Jose Miguel-Hernandez, a/k/a "Smiley", a/k/a "Danger"
Carlos Melara, A/K/A "Chuchito", a/k/a "Criminal"
Cristian Alvarez-Hernandez, a/k/a "Duende"
Oscar Noe Recinos-Garcia, a/k/a "Psycho"
Julio Esau Avalos-Alvarado, a/k/a "Violento"
Oseas Miseal Cartegena, a/k/a "Filero"
Jose Nelsin Reyes-Velasquez, a/k/a "Diablito"

EASTSIDE LOCO SALVATRUCHA (ESLS)

Herzzon Sandoval, a/k/a "Casper" (leader)
Edwin Guzman, a/k/a "Playa" (second)
Jose Hernandez-Miguel, a/k/a "Muerto"
Erick Argueta, a/k/a "Lobo"
Luis Solis-Vasquez, a/k/a "Brujo"
FNU LNU, a/k/a "Caballo"
Cesar Martinez, a/k/a "Cheche"
Juan Vasquez-Yanez, a/k/a "Spooky"
Mauricio Sanchez, a/k/a "Tigre"
Joel Martinez, a/k/a "Animal"

EAST BOSTON LOCO SALVATRUCHA (EBLS)

Santos Portillo-Andrade, a/k/a "Flaco" (leader)
Edgar Pleitez, a/k/a "Cadejo"
Christian Alvarado, a/k/a "Catracho"

TRECE LOCO SALVATRUCHA (TLS)

Jose Vasquez, a/k/a "Little Crazy" (leader)
Marvin Melgar, a/k/a "Ninja"
Mario Aguilar-Ramos
Jairo Perez, a/k/a "Seco"

HOLLYWOOD LOCO SALVATRUCHA (HLS)

Henry Santos-Gomez, a/k/a "Renegado" a/k/a "Pino"

CHELSEA LOCO SALVATRUCHA (CLS)

Hector Enamorado, a/k/a "Vida Loca"
Franklin RODRIGUEZ, a/k/a "Hollywood"

In addition, the Indictment charges JOSE ADAN MARTINEZ CASTRO, A/K/A "CHUCKY," the leader of the entire East Coast Program for MS-13. See generally MS-13 Organizational Chart, attached hereto as Exhibit A.

## IV. RECRUITMENT AND INITIATION

20.   MS-13 maintains a strict and largely uniform initiation process.  The process starts with a prospective member being recruited to "hang around" with members of the gang and be observed by the gang, sometimes for a period of months or years.  These prospective members are referred to as "paros" and this period is sometimes referred to as "observacion."  Paros are frequently recruited at local high schools in cities with

large immigrant populations from Central America.  This period
starts with the paro hanging around drinking, smoking, and
socializing with members of MS-13, and elevates over time to
participation in increasingly violent criminal activity.
Usually a paro is sponsored by a homeboy who serves as that
individual's mentor/sponsor throughout the initiation process.

21.  The clique meets and votes on whether a paro warrants
promotion to "chequeo."  To become a chequeo, a paro must
demonstrate his loyalty to the gang by doing whatever a homeboy
or chequeo tells him to do and engaging in acts of violence, up
to and including murder, on behalf of the gang.  Chequeos are
allowed closer access to members of MS-13 and must continue to
prove loyalty to the gang.

22.  To become a homeboy, a chequeo in Massachusetts must
commit at least one murder of a rival gang member, and
demonstrate loyalty to the gang above all else.  The clique then
holds a meeting in which the members vote to approve elevation
to homeboy status and then "jump in" or "beat in" the chequeo --
that is, members of the MS-13 clique gather in a circle around
the prospective member, knock him to the ground, and beat him
with their hands and feet while one of the leaders of the clique
counts aloud, slowly to thirteen.

23.   MS-13 homeboys frequently get tattoos denoting their membership -- e.g., "MARA SALVATRUCHA," "MS," or "MS 13," or similar slogans, often written in gothic lettering.   In addition, MS-13 members often have tattoos that signify membership in a particular clique.   MS-13 colors are generally blue and white, sometimes with the number "13"; MS-13 members and associates are not permitted to wear the color red, the color of MS-13's chief rival, the 18th Street gang.   MS-13 members have historically worn Nike Cortez sneakers, in white or blue, to signify their gang membership.   Chequeos and paros are not permitted to get MS-13 or clique tattoos; only homeboys. Chequeos may represent MS-13 by wearing the gang colors and Nike Cortez sneakers.

24.   To avoid law enforcement attention, many MS-13 members have stopped getting tattoos and are dressing more discretely. During the course of this investigation, the leadership of the various cliques in Massachusetts, have at times instructed their members and chequeos to avoid law enforcement attention by dressing discretely and carrying certain weapons.   For example, after ELS and MLS were involved in two murders in East Boston in September 2015, NOE PEREZ-VASQUEZ, A/K/A "CRAZY," an MS-13 leader for ELS, instructed his members to dress discretely, not display the MS-13 colors, Nike Cortez sneakers, and tattoos, and

carry a bicycle chain with a lock for a weapon, rather than a gun or knife, because there was a heightened chance that they would be stopped by police on the street.

25.   MS-13 members refer to one another by their gang names and often do not know fellow gang members except by these gang names.   When a "chequeo" becomes a "homeboy", the gang often gives him a new gang name to replace any prior nickname.   Where two aliases are used herein, it is usually because the individual in question was elevated from chequeo status to homeboy status during the course of the investigation and had his name changed.   Other times members are allowed to keep their chequeo name when they become a homeboy.

26.   During the course of the investigation, the FBI Task Force recorded numerous clique meetings on audio and/or video tape, including clique meetings where a member was jumped into the gang as a homeboy.   During these meetings, the leader of the clique would typically take an informal vote on the prospective member, if it had not taken place previously, and then a group of members would knock the prospective member to the ground and beat him with their hands and feet while the leader slowly counted to thirteen.   Afterward, members would say "welcome to the Mara" and hold up the devil horn hand signs.

27.  For example, on December 6, 2015, at a park in Winthrop, MA, the FBI Task Force audio/video recorded the jump in of EDWIN GONZALEZ, A/K/A "SANGRIENTO," who was promoted to homeboy by MLS because of his involvement in the September 7, 2015, murder of Wilson Martinez in East Boston.  Because MLS did not have enough members in Massachusetts to jump in GONZALEZ, members from ELS, EBLS, and the MLS attended the jump in, including SANTOS PORTILLO-ANDRADE, A/K/A "FLACO," the leader of EBLS; NOE PEREZ-VASQUEZ, A/K/A "CRAZY," the leader of ELS; OSCAR ARMANDO DURAN, A/K/A "DEMENTE," the leader of MLS; HENRY JOSUE PARADA MARTINEZ, A/K/A "STREET DANGER," a member of ELS; and CARLOS MELARA, A/K/A "CHUCHITO," A/K/A "CRIMINAL," a member of ELS; as well as other members of MS-13 known to the government. After the jump in, as the MS-13 members left the park in three cars, the Massachusetts State Police ("MSP"), working with the FBI Task Force, conducted a traffic stop of the three cars.  MSP took photographs of each of the MS-13 members in attendance that night.

28.  Similarly, on January 8, 2016, the FBI Task Force audio/video recorded an ESLS clique meeting at an auto repair shop in Everett, MA, during which ESLS promoted JOEL MARTINEZ, A/K/A "ANIMAL," to homeboy status for the September 20, 2015, murder of Irvin De Paz in East Boston (the "January 8 Jump In").

16

MARTINEZ was a paro for ELS when he committed the De Paz murder. MARTINEZ had outstanding "violations" with ELS, however, so instead of jumping him into the gang, they disciplined him by beating him for thirteen seconds.[2]  MARTINEZ then asked whether ESLS would make him a homeboy and ESLS obliged.

29.  HERZZON SANDOVAL, A/K/A "CASPER," and EDWIN GUZMAN, A/K/A "PLAYA," respectively the first and second in command of ESLS, presided over the January 8 Jump In.  Other charged members in attendance included JOSE HERNANDEZ-MIGUEL, A/K/A "MUERTO"; FNU LNU, "CABALLO"; and LUIS SOLIS-VASQUEZ, A/K/A "BRUJO."  At the outset of the meeting, SANDOVAL ("CASPER") said that everyone was looking for MARTINEZ and they needed to find him a place to live somewhere outside of MS-13 territory, which territory he described as Lynn, Chelsea, East Boston, Somerville, and Everett.  MARTINEZ ("ANIMAL") indicated that the "culeros" (18th Street gang members) were after him because they know what's up.  GUZMAN ("PLAYA") stated that they needed to collect dues twice a week to collect enough money to pay

---

[2] Violations warranting a beating can range from missing meetings, to being drunk in public and pulling out a gun, to losing clique property.  Failing to come to the aid of a fellow homeboy, by contrast, is a more serious violation that may warrant a green light.  MS-13 refers to meetings where violations are doled out as "courts".

MARTINEZ's rent, and that the other members had to help him find a job.

30.   Another member stated that MARTINEZ should not tell people what he is (i.e., an ESLS homeboy) and that it is enough that the people in the room know what he is, and that if MARTINEZ has a problem ESLS has a problem.  Another member told MARTINEZ that when dealing with the police he should be humble and say that he is fleeing from the violence in El Salvador.

31.   The clique agreed that MARTINEZ could be jumped in as a member but indicated that he still needed to continue putting in work (i.e., kill 18th Street members).  The clique had a discussion about not allowing informants into the clique, and used MARTINEZ as an example, stating that since he has already killed he would not talk to the police because they know what he has done.  SANDOVAL stated that MARTINEZ is part of the new generation, that most of the other members are getting close to their 40s, and that they need the new generation to step up and ESLS will be in their hands.

32.   MARTINEZ then told the group about the murder, noting that a juvenile known to the government was with him but did not do anything.  A clique member told MARTINEZ that ELS was taking credit for the murder.  SANDOVAL then told MARTINEZ that when people ask him he should say that he is ANIMAL from Eastside and

that he did it.  SANDOVAL noted that ELS cannot take credit
because MARTINEZ was only a paro when he did it for his letters
(i.e., "MS") not a homeboy.  At the conclusion of the meeting, a
group of ESLS members gathered in a circle around MARTINEZ,
knocked him to the ground, and beat him for 13 seconds.
Afterward, GUZMAN hugged MARTINEZ and said "welcome to the Mara"
while others held up the devil horn hand signs.

## V. GEOGRAPHIC MOBILITY

    33.  MS-13 maintains a close knit and reliable criminal
network with cliques in at least forty-six states and the
District of Columbia, as well as Canada and Central America.
Accordingly, as law enforcement has seen repeatedly over the
years, including in this case, MS-13 members are extremely
mobile and transient.  After committing violent crimes, they
frequently leave the jurisdiction and take up residence with an
MS-13 clique in another state or country.

    34.  In this investigation, there were several examples of
targets fleeing or attempting to flee from law enforcement after
committing significant violent acts, including murder.  MS-13
members can flee to other states, or other countries, and fellow
MS-13 gang members will not only welcome them to their local
cliques and provide them a place to stay, but the local cliques

will often help with collecting money to help with expenses that arise while evading law enforcement.

35.   For example, on December 14, 2014, at about 3 a.m., HECTOR ENAMORADO, A/K/A "VIDA LOCA," and LUIS SOLIS VASQUEZ, A/K/A "BRUJO," killed an 18th Street gang member, Javier Ortiz, at an after-hours beer house in Chelsea.  Later on December 14, 2014, a state arrest warrant for murder was issued for ENAMORADO, who was identified by witnesses as the shooter, and a wanted poster with his picture was released to the press and to social media.

36.   NOE SALVADOR PEREZ VASQUEZ, A/K/A "CRAZY," the leader of ELS, along with JOSE MIGUEL-HERNANDEZ, A/K/A "SMILEY," A/K/A "DANGER," had provided the gun to ENAMARADO that he used to kill Ortiz.  On the night of December 14, 2014, PEREZ VASQUEZ made arrangements for ENAMARADO to get a ride to New Jersey to hide out with another MS-13 clique.  ENAMARADO, PEREZ VASQUEZ, and two other individuals, began driving to New Jersey that night and were stopped on the Massachusetts Turnpike by the Massachusetts State Police who arrested ENAMARDO on the outstanding warrant.

37.   On September 8, 2014, ANGEL PINEDA, A/K/A "JOSE LOPEZ," A/K/A "BRAVO"; JOSE VAZQUEZ, A/K/A "LITTLE CRAZY" (the leader of TLS); and BRYAN GALICIA-BARILLAS, A/K/A "CHUCKY,"

attempted to murder an 18th Street member, Victim No. 12, who was 16 years old.  Victim No. 12 was stabbed 11 times and barely survived.  PINEDA was charged in state court with the stabbing of Victim No. 12 but fled Massachusetts for New Jersey, which has a strong MS-13 presence.  The FBI Task Force, working with local law enforcement in New Jersey, tracked down PINEDA who was arrested in Morristown, NJ, using the name Nahun Pineda-Uriba. PINEDA was returned to Massachusetts pursuant to a fugitive from justice warrant, and subsequently convicted of assault & battery with a dangerous weapon and sentenced to two and half years imprisonment.

38.   On May 29, 2014, in Chelsea, MA, DANIEL MENJIVAR, A/K/A "ROCA," and DAVID LOPEZ, A/K/A "CILINDRO," A/K/A "VILLANO," attempted to murder an 18th Street member, Victim No. 11.  MENJIVAR and LOPEZ attacked Victim No. 11 after he got off a bus on Washington Avenue.  MENJIVAR stabbed Victim No. 11 and LOPEZ shot him twice.  The attack on Victim No. 11 was in retaliation for the stabbing of MS-13 member HECTOR RAMIRES, A/K/A "CUERVO," by members of 18th Street.

39.   MENJIVAR was charged in state court with assault to murder and assault & battery dangerous weapon (aggravated, serious bodily injury).  LOPEZ, who was not charged, fled by bus to another state where MS-13 maintains a strong presence.  As

noted below, in Spring 2015, MS-13 leadership had LOPEZ return to Massachusetts to assist in the murder of an MS-13 paro whom leadership believed was cooperating with enforcement.  After that attempted murder failed, LOPEZ again left the state.  He is a fugitive.

40.  On September 7, 2015, CARLOS MELARA, A/K/A "CHUCHITO," A/K/A "CRIMINAL"; HENRY JOSUE PARADA MARTINEZ, A/K/A "STREET DANGER"; EDWIN GONZALEZ, A/K/A "EL SANGRIENTO"; and a juvenile known to the government, lured Wilson Martinez, a 15-year old member of 18th Street gang, to Constitution Beach where they stabbed and beat him to death in an initiation rite.  After being made an MLS homeboy for his involvement in the Martinez murder, PARADA MARTINEZ left the state and took up residence in a state with a large MS-13 presence.  He remains a fugitive. The FBI Task Force has been unable to locate CARLOS MELARA and it is believed that he has also left the state, and he is also a fugitive.

41.  On September 20, 2015, at approximately 5 p.m., in the area of 72 Trenton Street in East Boston, MA, JOEL MARTINEZ, A/K/A "ANIMAL," stabbed to death Irvin De Paz, a 15-year old member of 18th Street.  Shortly after that murder, MARTINEZ fled to New Jersey.  After approximately a month, MARTINEZ returned

to Boston, where, as noted, he was made an ELS homeboy for the De Paz murder.

42.   Examples of this pattern of MS-13 members committing violent crimes and then fleeing the state can be seen in other jurisdictions as well.   In February 2010, for example, three MS-13 members lured a nineteen-year-old mother, Vanessa Argueta, and her two-year old son, Diego Torres, into the woods of Central Islip, New York, and executed both because MS-13 believed Ms. Argueta had disrespected the criminal organization by associating with rival 18th Street gang members.   Several members of MS-13 were charged with these murders in federal court in the Eastern District of New York.   Three of the defendants, Juan Garcia, a/k/a "Cruzito," Adalberto Ariel Guzman, and Rene Mendez Mejia, fled to El Salvador.

43.   Guzman was eventually arrested in Miami, in May 2010, as he attempted to return to the U.S. from El Salvador.   In September 2013, following a 3 week trial, he was convicted of RICO murder, and sentenced to life plus 35 years in prison. Mejia was also arrested in May 2010.   In January 2011, he pled guilty to RICO murder and is awaiting sentencing.   Garcia remained a fugitive for four years and was placed on the FBI's ten most wanted fugitives' list.   In March 2014, he surrendered to law enforcement authorities in Nicaragua, waived extradition,

and was returned to the United States for prosecution.  Garcia eventually pled guilty to RICO murder and was sentenced to life in prison.[3]

## VI. GREEN LIGHTING SUSPECTED INFORMANTS

44.   MS-13 is also renowned for investigating and killing, or attempting to kill, those believed to be cooperating with law enforcement.  MS-13 targets individuals for murder through a process known as green lighting.  If MS-13 members identify a certain individual as a threat to the gang, MS-13 leadership could green light that person, meaning that other MS-13 members had authorization -- if not the obligation -- to kill the individual.  According to MS-13 rules, only high-ranking gang members are authorized to issue a green light for another member of MS-13.  Once an individual has been green lighted, all members of MS-13 are obligated to enforce the order, and kill the targeted individual if the opportunity arises.  An individual can be green lighted by MS-13 for a variety of infractions.  If MS-13 believes a member is cooperating with law enforcement, it will most assuredly result in a green light.

---

[3] Heriberto Martinez, the leader of the MS-13 clique, was also charged and convicted of this murder.  He has been sentenced to three life terms, plus 60 years in prison for multiple convictions, including several murders.

45. As previously noted, on December 13, 2015, the East Coast Program ("ECP") of MS-13 held a leadership meeting in Richmond, VA, at the home of JOSE ADAN MARTINEZ CASTRO, A/K/A "CHUCKY," the leader of the ECP in the United States. Clique leaders from Massachusetts, Ohio, Maryland, Virginia, California, and Texas were in attendance, including OSCAR DURAN, A/K/A "DEMENTE," the leader of the Molinos clique in Massachusetts. MARTINEZ CASTRO advised that he was speaking on behalf of the ECP leadership in El Salvador as he described the ECP's policies and priorities, including its position regarding informants:

> This is why I'm telling you they need to plan it well and all the sons-of-bitches that are snitching, you know that you sons-of-bitches who are doing stuff. . . . We are going to investigate them, man, and we are going to do a hit on those sons-of-bitches so he can see what's up and then we'll even go after their family, what the program says, homie.

46. MARTINEZ CASTRO also discussed the ECP's policy regarding murders or "hits" generally.

> [I]n our program the whole clic needs to be united. They need to be united, here before anything the hits that are going to happen; these have to be coordinated and requested beforehand and evaluate whether they'll happen or not, homeboy, because look, there are clics that are doing things here, man, and I hear about it a week later after they did it and what's up with that? They end up looking bad and they make us look bad too, bro. . . .

> . . . .

> That's why I'm telling you that you need to work using
> your head and everyone united because there are people
> here who have performed some good hits and have done
> things right, man.  Like some of these guys who have
> done something and didn't even make it known.

47.   In this investigation, MS-13 green lighted a young

paro that it believed was cooperating with law enforcement and

attempted to kill him with a machete.  In Spring 2015, RAFAEL

LEONER-AGUIRRE, A/K/A "TREMENDO," the leader of the Enfermos

clique in Chelsea, who was in prison, sought a green light to

kill Victim No. 22 on the grounds that LEONER-AGUIRRE had

information indicating that Victim No. 22, a paro with the

Enfermos clique in Chelsea, had cooperated with law enforcement.

48.   MS-13 generally requires court paperwork or some other

proof of cooperation to support a request to green light a

member.  In October 2015, for example, NOE SALVADOR PEREZ-

VAZQUEZ, A/K/A "CRAZY," the leader of ELS, was recorded

discussing MS-13 policy that any allegation of cooperation, and

request for a green light, had to be supported by proof or

documentation.  PEREZ-VASQUEZ explained:

> Because that's one of the barrio's [MS-13's] rules.
> If you ask for something to happen to some guy and
> you've got no proof--you're going to get yours.
> You're going to get whatever it is you're asking to
> happen to the other guy. . . .  For example, you say
> someone is a snitch and you've got no proof, man.
> . . .  You—you're the one that's getting killed.

49.   Based on LEONER-AGUIRRE's request, FNU LNU, A/K/A

"VIOLENTO," an Enfermos leader in Arizona, gave the order to

kill Victim No. 22, and a respected member of the Enfermos,

DAVID LOPEZ, A/K/A "CILINDRO," A/K/A "VILLANO," was summoned to

Massachusetts to coordinate the hit.   LOPEZ had fled

Massachusetts after his involvement in the May 29, 2014,

stabbing and shooting of an 18th Street member, Victim No. 11,

see *supra*, and returned to Massachusetts for two days in April

2015 to kill Victim No. 22.   The FBI Task Force made audio/video

recordings of LOPEZ and BRYAN GALICIA-BARILLAS, A/K/A "CHUCKY,"

a member of the Enfermos, waiting outside the home of Victim No.

22 for him to return from work on the bus.   GALICIA-BARILLAS had

a large machete and he and LOPEZ discussed how they would kill

Victim No. 22.   The FBI Task Force also made audio/video

recordings of a third member of the Enfermos, DANIEL MENJIVAR,

A/K/A "ROCA," A/K/A "SITIKO," along with LOPEZ and GALICIA-

BARILLAS, planning the murder of Victim No. 22.   MENJIVAR was

later advised not to go with LOPEZ and GALICIA-BARILLAS to kill

Victim No. 22 because he was wearing a state court GPS device

and could therefore be tracked.[4]

_____

[4] MENJIVAR was on pretrial release on charges of assault to
murder and assault & battery dangerous weapon (aggravated,
serious bodily injury) for the May 29, 2014, stabbing and

50.   Perhaps the most infamous historical example of MS-13's brutality toward suspected cooperators is the case of Brenda Paz, a former MS-13 federal cooperator, who was brutally stabbed to death in 2003 by MS-13 gang members.   Paz was four months pregnant when MS-13 members lured her into the woods and left her mutilated body on a river bank in Shenandoah County, Virginia.   In May 2005, two members of MS-13, Oscar Antonio Grande and Ismael Juarez Cisneros, were convicted on federal charges in Virginia, including RICO murder and witness retaliation, in connection with the Paz murder.   Both received sentences of life imprisonment.

51.   Another example of MS-13's treatment of suspected cooperators occurred in September 2013, when MS-13 members in Houston, Texas, killed a sixteen-year-old who was suspected of providing information to Salvadoran authorities.   The MS-13 members led the victim, Josael Guevara, to the Sam Houston National Forest, where they killed him with a bat and machete. In April 2015, two members of MS-13, Cristian Alexander Zamora, a/k/a "Pollo," and Ricardo Leonel Campos Lara, a/k/a "Muerte," pled guilty to federal RICO murder charges in connection with

---

shooting Victim No. 11, an 18th Street member.   Those charges remain pending.   See *supra*.

the murder of Josael Guevara.  Those cases are pending

sentencing.[5]

## VII. CONCLUSION

54.  MS-13 is a violent, transnational criminal

organization whose mission is defined by violence --

specifically, murdering and attempting to murder rival gang

members and suspected informants.  MS-13 also has as a

significant operating objective making money through drug

trafficking and other illegal activities to enable its members

to buy guns and other weapons, cell phones to communicate with

each other, and to support incarcerated members.  Each of the

Targets in this case is a member of MS-13 (and in many

instances, a member of its leadership) or a significant

associate (for example, a drug or false document supplier to

members).  All of the Targets have demonstrated that they are

either dedicated members of MS-13 who contribute to its

operation and violence, or significant criminal associates who

---

[5] The fear of violence instilled by MS-13 is not limited to
suspected cooperators.  A 14-year-old East Boston High School
freshman was recently asked about recruitment by MS-13 in the
high school and responded:  "It's scary because if you say,
'No,' they may attack you or kill you because then you know who
they're associated with."  *MS-13 Targeting Hub High Schools for
Recruitment*, the Boston Herald, January 30, 2016.

share the basic objectives of the criminal organization.  Each

should therefore be detained pending trial.

Signed under the pain and penalties of perjury this 9th day

of February 2016.

_____

JEFFREY E. WOOD, JR.
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION