# OPERATION MEAN STREETS
## MASSACHUSETTS
## MS-13 NETWORKS

### East Boston Locos Salvatrucha (EBLS)

- Santos PORTILLO-ANDRADE "FLACO" *Leader
- Edgar PLEITEZ "CADEJO"
- Christian ALVARADO a/k/a Emanuel Jesus Mendez "CATRACHO"

### Eastside Locos Salvatrucha (ESLS)

- Herzzon SANDOVAL "CASPER" *Leader
- Edwin GUZMAN "PLAYA" *2nd in Command
- Jose HERNANDEZ-MIGUEL "MUERTO"
- Cesar MARTINEZ "CHECHE"
- Erick ARGUETA "LOBO"
- FNU LNU "CABALLO"
- Luis SOLIS-VASQUEZ "BRUJO"
- Joel MARTINEZ "ANIMAL"
- Mauricio SANCHEZ-TIGUERE "TIGRE"

### Everett Locos Salvatrucha (ELS)

- Noe PEREZ-VAZQUEZ "CRAZY" *Leader
- Rutilio PORTILLO "PANTERA" *Leader
- German HERNANDEZ-ESCOBAR "TERIBLE" *Leader
- Jose ANDRADE "TRISTE"/"INNOCENTE"
- Jose MIGUEL-HERNANDEZ "SMILEY"/"DANGER"
- Carlos MELARA "CHUCHITO"/"CRIMINAL"
- Jose REYES-VELASQUEZ "DIABLITO"
- Oscar RECINOS-GARCIA "PSYCHO"
- Julio AVALOS-ALVARADO "VIOLENTO"
- Elenilson GONZALEZ "SINIESTRO"

### MS-13 Gun, Drug and Fraudulent Document Suppliers

- Manuel FLORES-VALLE "MANNY" *Drug Supplier
- Heiner GOMEZ "FIERO" *Drug supplier
- Manuel MARTINEZ "GORDO" *Drug Supplier
- Carlos LOVATO *Drug Supplier
- Alex ALVARENGA *Drug Supplier
- Ramiro GUERRA "CAMELLO" *Drug Supplier
- Roberto A. LOPEZ *Fraudulent Document Supplier
- Oscar RIVERA "JOSE" *Fraudulent Document Supplier
- FNU LNU "MIGUE" *Drug Supplier
- FNU LNU "THE COLUMBIAN" *Drug Supplier
- Luis LNU *Drug Supplier

### Enfermos Criminales Salvatrucha (ECS)

- FNU LNU "VIOLENTO" *Leader of Enfermos (U.S.) *Arizona
- Rafael LEONER-AGUIRRE "TREMENDO" *Leader of Enfermos (MA)
- Hector RAMIRES "CUERVO"
- David LOPEZ "CILINDRO"/"VILLANO"
- Angel PINEDA "BRAVO"
- Bryan GALICIA-BARILLAS "CHUCKY"
- Domingo TIZOL "DOMINGO"
- Kevin AYALA "BLANCITO"
- Josue MORALES "GALLITO"
- Daniel MENJIVAR "ROCA"/"SITIKO"

### Trece Locos Salvatrucha (TLS) (Somerville)

- Jose VASQUEZ "LITTLE CRAZY" *Leader
- Marvin MELGAR "NINJA"
- Jairo PEREZ "SECO"
- Mario AGUILAR- "RAMOS"

### Hollywood Locos Salvatrucha (HLS) (Revere/North Shore, MA)

- Henry SANTOS-GOMEZ "RENEGADO"
- Oscar RAMIREZ-Cornejo "VAGO"

### Molinos Locos Salvatrucha (MLS)

- Oscar DURAN "DEMENTE" *Leader
- Edwin GONZALEZ "SANGRIENTO"
- Henry Josue PARADA MARTINEZ "STREET DANGER"

### Wester Locos Salvatrucha

- Edwin DIAZ "DEMENTE"

### Chelsea Locos Salvatrucha (CLS)

- Hector ENAMORADO "VIDA LOCA"
- Franklin RODRIGUEZ "HOLLYWOOD"

### East Coast Program

- Jose MARTINEZ-CASTRO "CHUCKY" *Richmond, VA *Leader of ECP in U.S.