UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 15-cr-10338-FDS |
| OSCAR NOE RECINES-GARCIA, et al., ) | |
| ) | |
| Defendants. ) | |

## CASE MANAGEMENT ORDER NO. 1

**SAYLOR, J.**
**KELLEY, M.J.**

The second superseding indictment in this matter charges 56 individual defendants with a variety of different crimes. While it appears unlikely that all of those defendants will ultimately be brought before the Court, nonetheless this matter will almost certainly involve multiple defendants and complex issues of case management through the process of discovery, motion practice, and trial.

In order to ensure the fair, orderly, and efficient administration of justice, consistent with requirements of the Fifth and Sixth Amendments to the United States Constitution, the Court expects to issue one or more further case management orders. Among other things, the Court is considering orders addressing the following topics:

1. Whether defense counsel should be organized into any particular structure, such as the designation of one or more lead counsel, or committees of counsel, to have primary responsibility for different aspects of the defense that may be common to more than one defendant;

2. Whether there should be a central repository for documents, recordings, and other evidence produced in the course of discovery, in order to facilitate access to that

       evidence, any searchable databases, and any translations of materials into English;

3. Whether, for CJA-appointed counsel, there should be procedures in place for the efficient and cost-effective use of interpreters and translators, including non-certified interpreters where appropriate;

4. Whether, for CJA-appointed counsel, there should be procedures in place for the efficient and cost-effective use of investigators, experts, and other third-party vendors or witnesses;

5. Whether, for CJA-appointed counsel, there should be procedures in place for requests for funds, interim billing, or other matters relating to payment of fees and expenses;

6. Whether the Court should issue any protective orders or similar orders to protect the confidentiality of any types or categories of information; and

7. Whether the Court should issue any other orders to assist in the fair, orderly, and efficient administration of justice, consistent with constitutional requirements.

Counsel for defendants and the government are directed to consider the foregoing issues and to be prepared to address them at a future conference with the Court. Counsel are encouraged to consult with one another and to submit, jointly or separately, proposed forms of orders addressing any or all of these issues.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge


/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge

Dated: February 9, 2016