UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. 15-10338-FDS |
| v. | ) |
| | ) |
| 1. OSCAR NOE RECINOS-GARCIA, | ) |
| A/K/A "PSYCHO," ET AL. | ) |
| | ) |

AGREEMENT TO TERMS OF PROTECTIVE ORDER

I acknowledge and agree that I have reviewed the Amended Motion for Protective Order, dated February 10, 2016, and the corresponding Protective Order issued by the Court as to Discovery Materials in the above-referenced case, and agree that I am bound by the terms of the Agreement and corresponding Order.

Counsel for [DEFENDANT NAME]

_____
[ATTORNEY NAME]

Dated: 2/24/16