UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1. OSCAR NOE RECINOS-GARCIA,<br>　　A/K/A "PSYCHO," ET AL.,<br><br>　　　　Defendants. | Cr. No. 15-10338-FDS |

## AGREEMENT TO TERMS OF PROTECTIVE ORDER

I acknowledge and agree that I have reviewed the Motion for Protective Order, dated February 10, 2016, and the corresponding Protective Order issued by the Court as to Discovery Materials in the above-referenced case, and agree that I am bound by the terms of the Agreement and corresponding Order.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Stephen G. Huggard
　　　　　　　　　　　　　　　　　　　Stephen G. Huggard (BBO# 622699)
　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02199-7613
　　　　　　　　　　　　　　　　　　　617-239-0100

Dated: March 15, 2016

## Certificate of Service

I, Stephen G. Huggard, certify that this Notice of Appearance was filed electronically on the 15th day of March, 2016 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF"). Paper copies were sent to any parties identified in the NEF as non-registered participants on March 15, 2016.

/s/ Stephen G. Huggard
Stephen G. Huggard

AM 57499297.1