UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. 15-10338-FDS |
| v. | ) |
| | ) |
| OSCAR NOE RECINOS-GARCIA, | ) |
| A/K/A "PSYCHO," ET AL | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: March 24, 2016        By:    */s/ Rachel Y. Hemani*
Rachel Y. Hemani
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
617-748-3141
rachel.hemani@usdoj.gov

## CERTIFICATE OF SERVICE

I, Rachel Y. Hemani, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: March 24, 2016        */s/ Rachel Y. Hemani*
Rachel Y. Hemani
Assistant United States Attorney