UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 15-10338-FDS |
| v. ) | |
| ) | |
| 1. OSCAR NOE RECINOS-GARCIA, ) | |
| A/K/A "PSYCHO," ET AL. ) | |
| Defendants. ) | |

### STATUS REPORT REGARDING DISCOVERY ISSUES

After consultation with defense counsel in this case after the March 21, 2016 status conference, and in an effort to reach further accommodation regarding this matter, the government has made the following change to its discovery processes henceforth.  Unless otherwise noted by the government in its discovery transmittal memorandum, the government will no longer watermark digital images stored as standard image file formats (i.e., JPG, NEF, PNG and RAF) and no longer produce them pursuant to the Protective Order (that is, they will be outside the terms of the Protective Order).

Many digital images have already been produced in Global Discovery 1, watermarked and pursuant to the Protective Order, and the government will produce another set of those digital images, without the watermark, and outside of the Protective Order.  The government has also produced, to select defendants, photographs which are "screen shots" from audio/video recordings.  These were watermarked and produced pursuant to the terms of the Protective Order.  These "screen shots" remain subject to the terms of the

Protective Order. The government will work with defense counsel, on a case by case basis, on request, to address whether any such photographs should be released from the terms of the Protective Order.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                              */s/ PETER K. LEVITT*
            By:   Peter K. Levitt
                    Christopher J. Pohl
                    Rachel Hemani
                    Assistant U.S. Attorneys
                    (617) 748-3100

March 24, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              */s/ PETER K. LEVITT*
                              Peter K. Levitt
                              Assistant U.S. Attorney