₡JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI

**City** Boston, Elsewhere

**Related Case Information:**

**County** Suffolk, Elsewhere

Superseding Ind./ Inf.  X   Case No.  15-CR-10338-FDS
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Rigoberto Mejia   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name   "Ninja"

Address   (City & State)

Birth date (Yr only): ____   SSN (last4#): ____   Sex  M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt/Christopher J. Pohl/Rachel Hemani   Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No   List language and/or dialect:  Spanish

**Victims:**  ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of   01/29/2016   in   Suffolk County HOC (ICE) .
☐ Already in State Custody at ———————— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/29/16     Signature of AUSA:  *Peter K. Levitt*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-CR-10338-FDS

**Name of Defendant** Rigoberto Mejia

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1962(d) | RICO Conspiracy | 2 |
| Set 2 | Criminal Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No.  II        Investigating Agency  FBI

City  Boston, Elsewhere        Related Case Information:

County  Suffolk, Elsewhere        Superseding Ind./ Inf.  X        Case No.  15-CR-10338-FDS
                                  Same Defendant _____  New Defendant  X
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Modesto Ramirez        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  "Snoopy"

Address  (City & State)

Birth date (Yr only): ____  SSN (last4#): ____  Sex  M  Race: ____  Nationality: ____

**Defense Counsel if known:**  ____        Address  ____

**Bar Number**  ____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt/Christopher J. Pohl/Rachel Hemani        Bar Number if applicable  ____

Interpreter:  ☑ Yes  ☐ No        List language and/or dialect:  Spanish

Victims:  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☑ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**  ____

☑ Already in Federal Custody as of  01/29/2016  in  Jena LaSalle Detention Facility (ICE)
☐ Already in State Custody at ———————  ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____                on ____

**Charging Document:**  ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/29/16        Signature of AUSA:  Peter K. Levitt

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-CR-10338-FDS

**Name of Defendant**  Modesto Ramirez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1962(d) | RICO Conspiracy | 2 |
| Set 2 | Criminal Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**