```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   ) Cr. No. 15-10338-FDS
          v.                       )
                                   )
1. OSCAR NOE RECINOS-GARCIA,       )
     A/K/A "PSYCHO," ET AL.        )
          Defendants.              )
```

## STATUS REPORT REGARDING DISCOVERY ISSUES

This status report is submitted in response to the Court's Order on Government's Motion for Protective Order, dated March 24, 2016 (the "March 2016 Order"). Counsel for the government has conferred with Attorney Michael Tumposky about the categories of documents and a timetable for providing discovery, and has conferred with Attorney Tumposky concerning how defense counsel may provide protected documents that have been translated into Spanish to defendants. With respect to the latter, counsel for the government and Attorney Tumposky are meeting with Attorney Michael Andrews and Assistant Chief Deputy U.S. Marshal Alison L. Hodgkins on Monday morning, April 4, 2016, to discuss and finalize a proposal for facilitating this process. The government therefore requests an extension until April 4, 2016, to provide its substantive response to the March 2016 Order.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                              /s/ PETER K. LEVITT
                         By:  Peter K. Levitt
                              Christopher J. Pohl
                              Rachel Hemani
                              Assistant U.S. Attorneys
                              (617) 748-3100
```

April 1, 2016

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ PETER K. LEVITT
                              Peter K. Levitt
                              Assistant U.S. Attorney
```