UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS MELARA, a/k/a<br>"CHUCHITO," a/k/a "CRIMINAL" | Criminal No. 15-10338-FDS |

### SENTENCING MEMORANDUM OF THE UNITED STATES

Carlos Melara a/k/a "Chuchito" a/k/a "Criminal" faces sentencing for racketeering conspiracy in furtherance of the MS-13 criminal enterprise, including for his role in the brutal murder of 15-year-old Wilson Martinez on September 7, 2015. Melara was one of four MS-13 members who repeatedly stabbed Martinez to death on Constitution Beach, a public beach in East Boston. Melara and the others left the victim with approximately 33 sharp force injuries (where Melara and the others had stabbed the victim) and numerous blunt force injuries (where the assailants had punched, kicked, and struck the victim by rocks).

The nature and circumstances of the defendant's crime are horrific, appalling, and irretrievably devastating to the victim's family. The government asks the Court to impose a sentence of *37 years (444 months) in custody to be followed by 5 years (60 months) of supervised release*. Any lower sentence will be insufficient to comply with the goals of sentencing given the facts of the case, the history and characteristics of the defendant, the need to provide just punishment for the offense, and the need to afford adequate deterrence and protect the public.

## I. The Nature and Circumstances of the Offense Support the Government's Sentencing Recommendation.

MS-13 is one of the most violent and dangerous criminal organizations operating in the United States today. *See generally* PSR at ¶¶ 10-21; *see also* Fifth Super. Indictment (listing six murders and a dozen attempted murders committed by MS-13 members in Massachusetts between March 2014 and January 2016). As the evidence showed across multiple trials in this case, violence defines MS-13's operations and mission. PSR at ¶ 21. Among other things, MS-13 initiates members through violence: existing members beat up new members for thirteen seconds to welcome them into the gang; MS-13 disciplines members through violence: those who break the gang's rules either get beaten for minor transgressions or face the penalty of death for more serious offenses like cooperating with law enforcement; and MS-13 members get promoted and obtain stature within the gang based on their ability and willingness to commit violence: becoming a homeboy in a U.S. clique of MS-13 typically requires a murder or another significant violent act. *Id.*

Melara was a member of the Everett Locos Salvatrucha ("ELS") clique of MS-13. *Id.* at ¶ 22. The ELS clique was a mature, established clique in the greater Boston area and had a reputation as being one of the most active and violent cliques operating in Massachusetts. *Id.* Racketeering activity by ELS clique members included multiple acts of violence committed by multiple members of ELS. *See id.* at ¶¶ 23-24 (discussing other ELS members charged in the Indictment, including approximately half a dozen members held responsible for murder as part of this investigation).

Known initially by his gang name of "Chuchito," Melara's commitment to the cause of MS-13 made him eager and willing to participate in MS-13's mission of violence. On September 7, 2015, Melara played a critical role in luring and murdering Wilson Martinez on Constitution Beach in East Boston. Melara committed this murder with Edwin Gonzalez a/k/a "Sangriento" (Molinos clique), Henry Parada Martinez a/k/a "Street Danger" (Molinos clique), and Rene Mejia Flores a/k/a "Gasper" (ELS clique). *Id.* at 25. Following his participation in this murder, Melara earned a promotion to "homeboy" and began using the new gang name of "Criminal." *Id.* at 42.

The evidence showed that MS-13 members suspected Martinez of being associated with the rival 18th Street gang. *Id.* at ¶ 26. Several MS-13 members, including Mejia Flores and Cristian Alvarez Hernandez a/k/a "Duende," were familiar with Martinez from East Boston High School, where Martinez attended school. *Id.* at ¶ 28. Given MS-13's mission to kill rivals (and 18th Street gang members, in particular), MS-13 members made a plan to lure and kill Martinez for his suspected association with the rival gang. Id. at ¶ 26.

In the months leading up to the murder, some combination of Gonzalez, Alvarez Hernandez, and Parada Martinez created and used a fake Facebook account to initiate communications with Martinez. Id. at ¶ 29. The MS-13 members pretended to be an attractive teenage girl who was looking to meet with Martinez for a date. *Id.* In reality, MS-13 members were controlling the account and attempting to lure Martinez for an attack. *Id.* At Gonzalez's trial, the government introduced

recordings made after the murder where MS-13 members were caught admitting to this scheme. For example, in an October 15, 2015 recording, Parada Martinez stated, "the process took us two months," there were "no such girls, nothing, dude," and it was "all lies." *Id.* Similarly, in an October 16, 2015 recording, Mejia Flores stated, "the kid was moved through Facebook. We had been after him for three months already." *Id.*

Although it is unclear what role, if any, Melara played in the months leading up to the murder, it is unquestionable that Melara played a critical role in luring and killing Martinez on September 7, 2015. At the start of the night, Melara picked up Mejia Flores on his scooter and brought Mejia Flores to the area of Constitution Beach to meet up with Gonzalez. *Id.* at ¶ 31. Mejia Flores testified that he did not know of the plan to kill Martinez at that time and place until Melara told him that plan after picking him up. *Id.* Mejia Flores then went and picked up Parada Martinez using Melara's scooter. *Id.*

Once all the murderers were together at Constitution Beach, Melara went on his scooter to pick up Martinez as part of the ruse. *Id.* at 32. Melara wore a helmet with a black visor so Martinez would not recognize him. *Id.* Melara pretended to be a relative of the girl that Martinez was going to meet for a date, and picked Martinez up and brought him to Constitution Beach. *Id.* On an October 26, 2015 recording, *see* Gonzalez Tr. Ex. 207, Melara described how he picked Martinez up on the scooter:

> [W]hen the son of a bitch jumped on the back, dude, he kind of grabbed me, dude; because the guy wanted to put his arms around me because the motorcycle didn't have handles[.]

4

The manner in which Martinez was lured to his death only further highlights the cruelty and callousness of what occurred at the beach. The scooter ride involving Melara and Martinez paints an especially harrowing image: an innocent, 15-year-old boy filled with anticipation and excitement at the prospect of meeting a girl for a date, trying to hold on to his soon-to-be murderer as Melara was driving Martinez to his death. Back at the beach, the three other soon-to-be murderers lay waiting for Melara to arrive with their prey so that they could implement their bloodthirsty and cold-hearted plan to execute a 15-year-old boy.

Once Melara brought Martinez to the scene, the other three MS-13 members surrounded Martinez and attacked him, initially pretending that they were committing a robbery. *Id.* at ¶ 33. Gonzalez took the victim's personal items and then directed him to walk down to a more remote and unlit area of the beach, where Gonzalez directed Martinez to lie flat on his stomach. *Id.*

What followed next was horrifying and appalling: once the group had Martinez on the ground face down, the four assailants ganged up and attacked Martinez, with Gonzalez and Parada Martinez initially stabbing the victim while Melara and Mejia Flores were punching and kicking him. *Id.* at ¶ 35. Gonzalez told Mejia Flores to find something to attack Martinez while the others were using knives, and Mejia Flores took a large rock and threw it at Martinez's head, striking him in the back of the head. *Id.*

During the course of the attack, all four assailants took turns stabbing Martinez to death. *Id.* at 27. At some point after the initial round of attacks, Melara

took the knife that Parada Martinez had been using and Mejia Flores took the knife that Gonzalez had been using, and Melara and Mejia Flores then continued stabbing Martinez multiple times to finish killing him. *Id.*

At Gonzalez's trial, Mejia Flores testified that Melara stabbed Martinez in the chest, and Melara stabbed the victim with such force that the knife snapped and broke in Martinez's heart:

> Q. Was he [Martinez] face down when Street Danger [Parada Martinez] and Sangriento [Gonzalez] first started stabbing him?
>
> A. Yes.
>
> Q. What about when Chuchito [Melara] started stabbing him?
>
> A. Face up.
>
> Q. Where did you see Chuchito [Melara] stab Wilson?
>
> A. In the heart.
>
> Q. What, if anything, did you see while Chuchito [Melara] was stabbing Wilson in the heart?
>
> A. The knife broke.
>
> Q. Where did the knife break?
>
> A. In his heart.
>
> Q. What happened next?
>
> A. We finished, and we left.
>
> Q. What did you do with the knives that all of you used to kill Wilson?
>
> A. We threw them in the water.

*Id.* at ¶ 36.

After getting rid of the murder weapons, Melara and the others left Wilson Martinez bleeding to death on Constitution Beach. The body of the 15-year-old victim was found the next morning by a random beach-goer. The cold-hearted way in which Melara and others killed Martinez and left his body further adds to the extremely disturbing nature and circumstances of the offense:



Out of respect for the victim and his family, the government did not introduce some of the more gruesome crime scene photographs or autopsy photographs at Gonzalez's trial, but the medical examiner's testimony confirmed the significant trauma suffered by Martinez at the hands of his attackers. The autopsy found numerous blunt force injuries to the victim's extremities (where Martinez had been punched and kicked);

7

multiple blunt force injuries to the victim's head, including multiple skull fractures (where Martinez had been struck by large rocks); and 33 sharp force injuries to the torso (where Martinez had been stabbed by Melara and others). *Id.* at ¶ 41. Many of the sharp force injuries consisted of deep wounds that were consistent with a knife being plunged into the body, including multiple wounds to the chest where the "depth of perforation" was over four inches. *Id.*

Other evidence introduced at trial corroborated the testimony of Mejia Flores about what Melara did to the victim that day. Among other things, law enforcement officials recovered both murder weapons used by the attackers, including both parts of the broken knife used by Melara. *Id.* at ¶ 40. The tip of the knife that broke when Melara was stabbing Martinez in the chest was recovered near the victim's body on September 7, 2015. *Id.* This broken knife-edge contained DNA that matched the DNA profile of the victim's blood:



In March 2016, a dive team from the Massachusetts State Police recovered the other part of the broken knife from the waters off Constitution Beach. PSR at ¶ 40.



A forensic examiner performed a physical match examination between the broken knife-edge found near the victim and the broken knife found in the water and determined that they were a physical match, thus further confirming this knife as the murder weapon used by Melara. PSR at ¶ 40.

Law enforcement also recovered the other knife used by the attackers (a very large knife with an orange handle) from the waters off Constitution Beach. *Id.*



Melara and the other three MS-13 members used these large knives to stab a 15-year-old boy approximately 33 times and left him bleeding to death on a public beach. Even as murders go, the nature and circumstances of this murder were especially troubling and deserving of significant punishment, and the facts support the 450-month sentence sought by the government.

### II. The History and Characteristics of the Defendant Support the Government's Sentencing Recommendation.

The history and characteristics of the defendant, as summarized in the PSR, also support the government's recommended sentence. Melara is a Salvadoran citizen who entered the United States illegally in 2013 when he was 17 years old. PSR at ¶ 65. Although he claims he was hoping to find a better life and intended to work in order to help his family in El Salvador, *see* PSR at ¶ 66, the evidence shows that he did not live a law-abiding and productive life, but instead, became a member of one of the most violent gangs in the United States. A lengthy involvement with a gang like MS-13 culminating in a brutal murder calls for severe punishment.

To the extent that the government has some limited visibility into other conduct by Melara following the murder, those facts raise more concerns than they address. For example, on September 20, 2015, mere weeks after murdering Martinez, the defendant was associating with other MS-13 members when an altercation resulted in the murder of another young boy at the hands of an MS-13 member. *See* PSR, ¶ 42a-d (discussing murder of a teenage victim by Joel Martinez a/k/a "Animal" on September 20, 2015).

Once Melara became aware that law enforcement wanted to question him in connection with both the September 7, 2015 murder and the September 20, 2015 murder, the defendant fled to New York, and he was not arrested until August 5, 2016. PSR at ¶ 1. Since his arrest, the defendant has received disciplinary reports for conduct such as fighting with a weapon and assaulting a person to produce injury. *Id*. at ¶ 4. In sum, nothing in the defendant's background or history provides meaningful mitigation for his offense conduct.

### III. The Other Sentencing Factors Articulated in 18 U.S.C. § 3553(a) Support the Government's Sentencing Recommendation.

Melara participated in the brutal gangland murder of a 15-year-old boy on a public beach. The recommended sentence of 37 years furthers the need to promote respect for the law, afford adequate deterrence, and reflect the seriousness of the offense. Each of the 18 U.S.C. § 3553(a) factors argue strongly in support of the recommended sentence of 37 years, especially in a case where the defendant enlisted the help of one juvenile (Mejia Flores) to murder another juvenile (Martinez).

Finally, the government notes that it considered other sentences in this case when formulating its recommended sentence of 37 years. Three sentences for defendants held responsible for murder in this case are instructive: Joel Martinez (Def. No. 18) was sentenced to 40 years in custody for his involvement in the murder of Irvin de Paz and two attempted murders; Edwin Diaz (Def. No. 38) and Jairo Perez (Def. No. 40) were each sentenced to 35 years in custody for their involvement in the murder of Cristofer de la Cruz. *See* PSR at ¶ 6. The recommended sentence for Melara is appropriately between those two sentences. Joel Martinez had committed

other proven acts of violence in addition to murder and therefore had a higher Guideline Sentencing Range than Melara, thus supporting a higher sentence for Joel Martinez than for Melara. Conversely, the murder committed by Diaz and Perez did not involve the use of a minor, thus supporting a higher sentence for Melara than Diaz and Perez. Based on the totality of the circumstances and the §3553(a) factors, a sentence of 37 years is appropriate and no greater than necessary.

## Conclusion

The senseless and cold-blooded murder of a 15-year-old boy to further the mission of a violent gang deserves a significant period of incarceration. For the reasons above, the Court should sentence the defendant to ***37 years (444 months) in custody to be followed by 5 years (60 months) of supervised release.***

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:    /s/ Kunal Pasricha
    Kunal Pasricha
    Glenn A. MacKinlay
    Kelly B. Lawrence
    Christopher Pohl
    Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that the foregoing document was filed through the Electronic Court Filing (ECF) system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                          /s/ Kunal Pasricha
                          KUNAL PASRICHA
                          Assistant United States Attorney